UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANDRA JOHNSON,

    Plaintiff,

vs.                                     CASE NO.: 4:06cv68-SPM

MIRACLE HILL NURSING &
CONVALESCENT CENTER, INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 14) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 4th day of October, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge